```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10574
     ELAINE D WYNN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
     SSN XXX-XX-5296


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/28/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

     The case was dismissed after confirmation 01/05/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED         4686.70            .00          212.29
CBUSASEARS                UNSECURED        NOT FILED           .00             .00
CITIFINANCIAL SERVICES    UNSECURED         5177.89            .00          234.53
ECAST SETTLEMENT CORP     UNSECURED         4414.01            .00          199.97
ECAST SETTLEMENT CORP     UNSECURED         8661.31            .00          392.31
NATIONAL CITY BANK ~      UNSECURED        NOT FILED           .00             .00
SPIEGEL                   UNSECURED        NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2929.30            .00          132.72
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,325.25                        2,325.25
TOM VAUGHN                TRUSTEE                                            252.93
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,750.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         1,171.82
ADMINISTRATIVE                                    2,325.25
TRUSTEE COMPENSATION                                252.93
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                   3,750.00                 3,750.00




                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10574 ELAINE D WYNN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 03/05/09
                                      /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE

                                      PAGE   2
      CASE NO. 06 B 10574 ELAINE D WYNN